1  TIMOTHY M. CLARK (Bar No. 284447)
      *tclark@thesandersfirm.com*
2  LAUREN A. WELLING (Bar No. 291813)
      *lwelling@thesandersfirm.com*
3  **SANDERS PHILLIPS GROSSMAN, LLC**
   2860 Michelle Drive, Suite 220
4  Irvine, CA 92606
   Telephone:    +1 877 480 9142
5  Facsimile:    +1 213 330 0346

6  Attorneys for Plaintiffs

7  DONALD F. ZIMMER, JR. (State Bar No. 112279)
      *fzimmer@kslaw.com*
8  WILLIAM E. STEIMLE (State Bar No. 203426)
      *wsteimle@kslaw.com*
9  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
10 San Francisco, CA  94105
   Telephone:    +1 415 318 1200
11 Facsimile:    +1 415 318 1300

12 Attorneys for Defendants
   BRISTOL-MYERS SQUIBB COMPANY,
13 ASTRAZENECA PHARMACEUTICALS LP, and
   MCKESSON CORPORATION
14

15              **IN THE UNITED STATES DISTRICT COURT**

16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17  KATHY BARNES, an individual,           Case No.: 3:17-cv-1869-JST

18              Plaintiff,                  **STIPULATION FOR ORDER DENYING**
                                            **MOTION TO DISMISS AND GRANTING**
19              v.                          **MOTION TO TRANSFER PURSUANT**
                                            **TO 28 U.S.C. § 1404(a)**
20  BRISTOL-MYERS SQUIBB COMPANY;
    ASTRAZENECA PHARMACEUTICALS
21  LP; MCKESSON CORPORATION; and           Judge:        Hon. Jon S. Tigar
    DOES 1-50 INCLUSIVE
22

23              Defendants.

24  AND RELATED ACTIONS:

25  *Tony Campbell v. Bristol-Myers Squibb*
    *Company, et al.*, Case No. 3:17-cv-01872-JST;
26
    *Anita Rochelle Holland v. Bristol-Myers*
27  *Squibb Company, et al.*, Case No. 3:17-cv-
    02430;
28

                                    1
   STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND
   GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

1

2

*Michael Miller v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01870-JST;

3

*Lester Speights v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 3:17-cv-01873-JST;

4

5

*Nichole Wilcox v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01662-JST;

6

*Robbie York v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-cv-01871-JST;

7

8

*Sheryle Christensen v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03098-JST (in which Defendants are specially appearing);

9

10

*Donielle Cousins v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03180-JST (in which Defendants are specially appearing);

11

12

*Norman Johnson v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03019-JST (in which Defendants are specially appearing).

13

14

15

16     **TO THE COURT AND ALL PARTIES:**

17          WHEREAS, Defendants AstraZeneca Pharmaceuticals LP (AstraZeneca) and Bristol-

18     Myers Squibb Company (BMS) filed Motions to Dismiss for Lack of Personal Jurisdiction in the

19     *Barnes, Campbell, Holland, Miller, Speights, Wilcox, and York* actions on May 26, 2017;

20          WHEREAS, in the alternative, AstraZeneca, BMS, and McKesson Corporation argued

21     that Plaintiffs' respective home states were a more convenient forum and that these cases should

22     be transferred pursuant to 28 U.S.C. § 1404(a);

23          WHEREAS, Defendants have yet to appear in the *Christensen, Cousins,* and *Johnson*

24     cases, but would file the same motions in response to the complaints in those cases;

25          WHEREAS, based on the Court's recent rulings denying Defendants' motions to dismiss

26     for lack of personal jurisdiction and granting Defendants' motions to transfer in related actions

27     *Dubose v. Bristol-Myers Squibb, et al.*, Case No. 3:17-cv-00244-JST (Doc 39) and *Cortina v.*

28     *Bristol-Myers Squibb, et al.*, Case No. 3:17-cv-00247-JST (Doc 36), the parties anticipate that

2

the Court will reach the same result with respect to Defendants' pending motions and in similar motions that would be filed in the *Christensen*, *Cousins*, and *Johnson* cases, because the motions are based on substantially similar factual circumstances;

WHEREAS, while Defendants respectfully disagree with the Court's ruling denying their motion to dismiss and Plaintiffs respectfully disagree with the Court's ruling granting Defendants' motion to transfer, the parties agree to the following stipulation in an effort to conserve resources and minimize expense for the parties and the Court;

**NOW, THEREFORE**, the Parties stipulate and agree that the Court will deny the motions to dismiss for lack of jurisdiction and will grant the motions to transfer the cases to the districts where Plaintiffs reside pursuant to 28 U.S.C. § 1404(a), as follows:

- Barnes, Kathy; Eastern District of Kentucky;
- Campbell, Tony; Eastern District of Tennessee;
- Holland, Anita Rochelle; Middle District of North Carolina;
- Miller, Michael; Northern District of Indiana;
- Speights, Lester; Eastern District of Louisiana;
- Wilcox, Nichole; Western District of Tennessee;
- York, Robbie; Northern District of Georgia;
- Christensen, Sheryle; District of Idaho;
- Cousins, Donielle; Southern District of Indiana;
- Johnson, Norman; Northern District of Georgia.

**IT IS SO STIPULATED**.

DATED:  July 27, 2017                                        **SANDERS PHILLIPS GROSSMAN, LLC**


By:  /s/ Timothy M. Clark
     Timothy M. Clark
     Lauren Welling
     Attorneys for Plaintiffs

STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND
GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

1    DATED: July 27, 2017                          **KING & SPALDING LLP**

2

3

4                                                  By: /s/ William E. Steimle
                                                   Donald F. Zimmer, Jr.
5                                                  William E. Steimle
                                                   Attorneys for Defendants

6                        <u>**Signature Attestation (N.D. Cal. L.R. 5-1(i)(3)**</u>

7        I, William E. Steimle, attest that concurrence in the filing of this document has been

8    obtained from each signatory whose ECF user ID and password are not being used in the

9    electronic filing of this document.

10

11

12       Having considered the above stipulation to transfer, and good cause appearing, the

13   Parties' Stipulation is **GRANTED**.

14       The action entitled *Kathy Barnes v. Bristol Myers Squibb, et al.* Case No. 3:17-cv-1869-

15   JST, shall be transferred to the Eastern District of Kentucky.

16       The action entitled  *Tony Campbell v. Bristol-Myers Squibb Company, et al.*, Case No.

17   3:17-cv-01872-JST, shall be transferred to the Eastern District of Tennessee.

18       The action entitled *Anita Rochelle Holland v. Bristol-Myers Squibb Company, et al.*, Case

19   No. 3:17-cv-02430, shall be transferred to the Middle District of North Carolina.

20       The action entitled *Michael Miller v. Bristol-Myers Squibb Company, et al.*, Case No.

21   3:17-cv-01870-JST, shall be transferred to the Northern District of Indiana.

22       The action entitled *Lester Speights v. AstraZeneca Pharmaceuticals LP, et al.*, Case No.

23   3:17-cv-01873-JST, shall be transferred to the Eastern District of Louisiana.

24       The action entitled *Nichole Wilcox v. Bristol-Myers Squibb Company, et al.*, Case No.

25   3:17-cv-01662-JST, shall be transferred to the Western District of Tennessee.

26       The action entitled *Robbie York v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-

27   cv-01871-JST, shall be transferred to the Northern District of Georgia.

28

STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND
GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

1    The action entitled *Sheryle Christensen v. Bristol-Myers Squibb Company, et al.*, Case

2  No. 3:17-cv-03098-JST, shall be transferred to the District of Idaho.

3    The action entitled *Donielle Cousins v. Bristol-Myers Squibb Company, et al.*, Case No.

4  3:17-cv-03180-JST, shall be transferred to the Southern District of Indiana;

5    The action entitled *Norman Johnson v. Bristol-Myers Squibb Company, et al.*, Case No.

6  3:17-cv-03019-JST, shall be transferred to the Northern District of Georgia.

7  **IT IS SO ORDERED.**

8  DATED:  August 1, 2017_____

9

10  _____

11  HONORABLE JON S. TIGAR
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND
GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)